# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Peck,, James M. | USBC/SDNY | 09/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2011 to 12/31/2011 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

U.S. Custom House
One Bowling Green
New York, NY 10004-1408

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Earle K. & Katherine F. Moore Foundation - Trustee Fee |
| 2. | 2011 | Metropolitan Life Insurance Company - Pension Benefits |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The World Bank | 1/10/11 - 1/11/11 | Washington, D.C. | Attend meeting of World Bank Insolvency Task Force | transportation, lodging and food |
| 2. | University of British Columbia and National Judicial Institute of Canada | 2/2/11 - 2/4/11 | Toronto, Ontario, Canada | Speaker at Annual Review of Insolvency Law Conference | transportation, lodging and food |
| 3. | American Bankruptcy Institute | 2/23/11 - 2/26/11 | Las Vegas, Nevada | Speaker at Valcon Conference organized by University of Texas Law School | transportation, lodging and food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Peck,, James M. | 09/14/2012 |

| 4. | INSOL International | 3/12/11-3/13/11 | Singapore | Participant and speaker at INSOL UNCITRAL, World Bank Judicial Colloquium | partial stipend for transportation, lodging and food |
|---|---|---|---|---|---|
| 5. | American Bankruptcy Institute | 3/31/11 - 4/1/11 | Washington. D.C. | Speaker at Annual Spring Meeting | transportation, lodging and food |
| 6. | Association of Commercial Finance Attorneys | 5/13/11 - 5/15/11 | Montreal, Quebec, Canada | Speaker at continuing legal education progrram | transportation, lodging and food |
| 7. | Cincinnati Bar Association | 8/11/11 - 8/12/11 | Cincinnati, Ohio | Speaker at Midwest Regional Bankrutpcy Seminar | transportation, lodging and food |
| 8. | American Bankruptcty Institute and Georgetown Law School | 9/16/11 | Washington, D.C. | Speaker at "Views from the Bench" Conference | transportation , lodging and food |
| 9. | INSOL Europe | 9/22/11 - 9/25/11 | Venice, Italy | Speaker at INSOL Europe Congress | transportation, lodging and food |
| 10. | National Conference of Bankruptcy Judges | 10/11/11 - 10/15/11 | Tampa, Florida | Speaker at NCBJ annual conference | transportation, lodging and food |
| 11. | American Bankruptcy Institute | 11/5/11 - 11/7/11 | Toronto, Ontario, Canada | Speaker at Canadian/ American Cross-Border Insolvency Symposium | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Universal Life Insurance - Money Market | A | Interest | M | T | | | | | |
| 2. Citibank Money Market Acct | A | Interest | M | T | | | | | |
| 3. Chase Money Market Acct - ▓▓▓ (X) | A | Interest | M | T | | | | | |
| 4. Schulte Roth & Zabel Group Trust IRA | | None | N | T | | | | | |
| 5. Brokerage-BBH Core Select Fund (X) | A | Dividend | K | T | Buy | 06/14/11 | K | | |
| 6. Brokerage-BlackRock Global Allocation Fund (X) | A | Dividend | | | Buy | 5/24/11 | J | | |
| 7. Brokerage-BlackRock Global Allocation Fund (X) | | None | | | Sold | 09/29/11 | J | | |
| 8. Brokerage- Driehaus Mutual Fund Active Income (X) | A | Dividend | J | T | Buy (add'l) | 05/24/11 | J | | |
| 9. Brokerage-Eaton Vance Global Macro | A | Dividend | J | T | | | | | |
| 10. Brokerage-Fidelity Floating Rate (X) | A | Dividend | J | T | Buy (add'l) | 05/24/11 | J | | |
| 11. Brokerage-iShares Barclays Aggregated Bond Fund (X) | A | Dividend | K | T | Buy | 09/28/11 | K | | |
| 12. Brokerage-Loomis Sayles Bond Fund (X) | A | Dividend | | | Buy | 05/24/11 | J | | |
| 13. Brokerage-Loomis Sayles Bond Fund(X) | | None | | | Sold | 09/29/11 | J | A | |
| 14. Brokerage-Manning & Napier Equity Series (X) | | None | | | Buy | 05/24/11 | K | | |
| 15. Brokerage-Manning & Napier Equity Series (X) | | None | | | Sold | 09/29/11 | K | | |
| 16. Brokerage-Matthews Asian Funds(X) | A | Dividend | | | Buy | 05/24/11 | K | | |
| 17. Brokerage-Matthews Asian Funds(X) | | None | | | Sold | 12/07/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage-Pimco All Asset/Authority Fund | A | Dividend | J | T | | | | | |
| 19. Brokerage- Pimco Total Return Fund | A | Dividend | K | T | Sold (part) | 09/29/11 | K | A | |
| 20. Brokerage-Schwab Cap TR S&P Invest Select Shares(X) | B | Dividend | L | T | Buy | 05/24/11 | L | | |
| 21. Brokerage-T Rowe Price Capital Appreciation Fund | D | Dividend | | | Sold | 09/29/11 | K | B | |
| 22. Brokerage-Templeton Global Bond(X) | A | Dividend | J | T | | | | | |
| 23. Brokerage- Vanguard Total INTL Stock(X) | A | Dividend | J | T | Buy | 12/06/11 | J | | |
| 24. Brokerage-Wasatch Equity Fund(X) | C | Dividend | | | Buy | 05/24/11 | K | | |
| 25. Brokerage-Wasatch Equity Fund(X) | | None | | | Sold | 09/29/11 | K | A | |
| 26. Brokerage- Wasatch Long/Short Fund(X) | A | Dividend | J | T | Buy | 05/24/11 | J | | |
| 27. Brokerage-Wasatch Long/Short Fund(X) | | None | | | Sold | 09/29/11 | J | | |
| 28. Brokerage-Westcore Select Fund(X) | | None | | | Buy | 05/24/11 | K | | |
| 29. Brokerage-Westcore Select Fund(X) | | None | | | Sold | 09/29/11 | K | | |
| 30. Brokerage- Wells Fargo FDS ADVIN (X) | A | Dividend | K | T | Buy | 09/28/11 | K | | |
| 31. Brokerage- Wells Fargo ADV(X) | A | Dividend | J | T | Buy (add'l) | 05/24/11 | J | | |
| 32. IRA-Alliant TechSystems(X) | A | Interest | J | T | Buy | 08/10/11 | J | | |
| 33. IRA-Altria Group Inc.(X) | A | Interest | J | T | Buy | 07/06/11 | J | | |
| 34. IRA-Anadarko Pete Corp.(X) | A | Interest | J | T | Buy | 06/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA-Autozone Inc(X) | A | Interest | J | T | Buy | 08/08/11 | J | | |
| 36. IRA-Autozone Inc(X) | A | Interest | J | T | Buy (add'l) | 09/13/11 | J | | |
| 37. IRA-Ball Corp(X) | A | Interest | J | T | Buy | 09/27/11 | J | | |
| 38. IRA-Bank of America Corp(X) | A | Interest | | | Buy | 07/06/11 | J | | |
| 39. IRA-Bank of America Corp(X) | | None | | | Sold | 07/26/11 | J | | |
| 40. IRA-Clean Harbors Inc.(X) | A | Interest | J | T | Buy | 06/23/11 | J | | |
| 41. IRA-Comcast Corp(X) | A | Interest | J | T | Buy | 07/21/11 | J | | |
| 42. IRA-Coventry Health Care Inc(X) | A | Interest | J | T | Buy | 08/01/11 | J | | |
| 43. IRA-Crown Castle Intl Corp(X) | | None | J | T | Buy | 07/13/11 | J | | |
| 44. IRA-Deluxe Corp(X) | A | Interest | J | T | Buy | 07/12/11 | J | | |
| 45. IRA-Donnelley R R&Sons Co 4.95%(X) | A | Interest | J | T | Buy | 09/15/11 | J | | |
| 46. IRA-Donnelley R R&Sons Co 4.95%(X) | A | Interest | J | T | Buy (add'l) | 11/15/11 | J | | |
| 47. IRA-Donnelley R R&Sons Co 5.5%(X) | A | Interest | J | T | Buy | 06/21/11 | J | | |
| 48. IRA-Echostar DBS Corp(X) | A | Interest | J | T | Buy | 07/07/11 | J | | |
| 49. IRA-Ford Motor Credit Co(X) | A | Interest | J | T | Buy | 07/05/11 | J | | |
| 50. IRA-Forrest Oil Corp(X) | | None | J | T | Buy | 08/15/11 | J | | |
| 51. IRA-Freeport-McMoran Copper&Gold(X) | A | Interest | J | T | Buy | 06/22/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA-Frontier Communications Corp(X) | A | Interest | J | T | Buy | 07/07/11 | J | | |
| 53. IRA-General Electric(X) | A | Interest | J | T | Buy | 07/15/11 | J | | |
| 54. IRA- GSC HLDGS Corp/ Gamestop Inc(X) | A | Interest | J | T | Buy | 06/21/11 | J | | |
| 55. IRA- GSC HLDGS Corp/ Gamestop Inc(X) | | None | | | Sold (part) | 10/06/11 | J | | |
| 56. IRA-GSC HLDGS Corp/Gamestop Inc(X) | | None | | | Sold | 12/20/11 | J | A | |
| 57. IRA-Host Hotels&Restorts(X) | A | Interest | J | T | Buy | 07/14/11 | J | | |
| 58. IRA-INTL Paper Co(X) | A | Interest | J | T | Buy | 08/03/11 | J | | |
| 59. IRA-Iron MTN Inc(X) | A | Interest | J | T | Buy | 09/13/11 | J | | |
| 60. IRA-Iron MTN Inc(X) | | None | J | T | Buy (add'l) | 10/12/11 | J | | |
| 61. IRA-Kansas City Southern(X) | A | Interest | J | T | Buy | 06/22/11 | J | | |
| 62. IRA- Kellogg Co(X) | A | Interest | J | T | Buy | 07/07/11 | J | | |
| 63. IRA-Metlife Inc(X) | A | Interest | J | T | Buy | 08/02/11 | J | | |
| 64. IRA- Nextel Communications Inc(X) | A | Interest | J | T | Buy | 06/20/11 | J | | |
| 65. IRA-Peabody Energy Corp(X) | | None | J | T | Buy | 11/15/11 | J | | |
| 66. IRA- Prudential Finl Inc MTNS Book(X) | | None | J | T | Buy | 11/10/11 | J | | |
| 67. IRA- Qwest Corp(X) | A | Interest | J | T | Buy | 07/05/11 | J | | |
| 68. IRA- Qwest Corp(X) | | None | J | T | Buy (add'l) | 10/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | IRA-Seagate Technology HDD(X) | A | Interest | J | T | Buy | 7/21/11 | J | | |
| 70. | IRA-Seagate Technology HDD(X) | | None | J | T | Buy (add'l) | 08/24/11 | J | | |
| 71. | IRA-Service Corp INTL(X) | | None | J | T | Buy | 10/17/11 | J | | |
| 72. | IRA-Silgan Holdings Inc(X) | | None | J | T | Buy | 09/28/11 | J | | |
| 73. | IRA-Steel Dynamics(X) | A | Interest | | | Buy | 07/20/11 | J | | |
| 74. | IRA-Steel Dynamics(X) | | None | | | Buy (add'l) | 09/09/11 | J | | |
| 75. | IRA-Steel Dynamics(X) | | None | | | Sold | 10/19/11 | J | | |
| 76. | IRA-Tesoro Corp(X) | | None | | | Buy | 06/14/11 | J | | |
| 77. | IRA-Tesoro Corp(X) | | None | | | Sold | 09/27/11 | J | | |
| 78. | IRA-Unisys Corp(X) | | None | J | T | Buy | 10/19/11 | J | | |
| 79. | IRA-Valero Energy Corp(X) | | None | J | T | Buy | 11/17/11 | J | | |
| 80. | IRA-Vornado RLTY (X) | | None | J | T | Buy | 10/07/11 | J | | |
| 81. | IRA Vornado RLTY(X) | | None | | | Sold | 11/14/11 | J | A | |
| 82. | IRA R/O Schwab-Blackrock Global Allocation | A | Dividend | | | Sold | 4/13/11 | L | C | |
| 83. | IRA R/O Schwab-Driehaus Mutual Funds Active Income | B | Dividend | K | T | Buy (add'l) | 03/28/11 | J | | |
| 84. | IRA R/O Schwab- Driehaus Mutual Funds Active Income | | None | K | T | Sold (part) | 04/13/11 | K | A | |
| 85. | IRA R/O Schwab-Fairholme Fund | | None | | | Buy (add'l) | 02/04/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA R/O Schwab- Fairholme Fund | | None | | | Sold (part) | 03/29/11 | K | A | |
| 87. IRA R/O Schwab- Fairholme Fund | | None | | | Sold (part) | 04/13/11 | L | A | |
| 88. IRA R/O Schwab-Fidelity Floating Rate(X) | B | Dividend | J | T | Buy | 01/21/11 | L | | |
| 89. IRA R/O Schwab-Fidelity Floating Rate(X) | | None | J | T | Sold (part) | 04/13/11 | L | A | |
| 90. IRA R/O Schwab- FMI FDS Inc(X) | | None | | | Buy | 01/21/11 | L | | |
| 91. IRA R/O Schwab- FMI FDS Inc(X) | | None | | | Buy (add'l) | 02/04/11 | J | | |
| 92. IRA R/O Schwab-FMI FDS Inc(X) | | None | | | Sold | 04/13/11 | L | B | |
| 93. IRA R/O Schwab-Greenhaven Cont Inx (X) | | None | K | T | Buy | 01/21/11 | L | | |
| 94. IRA R/O Schwab-Greenhaven Cont Inx(X) | | None | K | T | Sold (part) | 04/15/11 | K | B | |
| 95. IRA R/O Schwab-Greenspring FD Inc | B | Dividend | K | T | Sold (part) | 04/13/11 | K | B | |
| 96. IRA R/O Schwab-Harding Loevner Emerg mkts Fund | | None | | | Sold | 04/13/11 | K | A | |
| 97. IRA R/O Schwab- IVY FDS INC ASSET STRATGY(X) | | None | | | Buy (add'l) | 01/21/11 | L | | |
| 98. IRA R/O Schwab- IVY FDS INC ASSET STRATEGY | | None | | | Buy (add'l) | 02/04/11 | K | | |
| 99. IRA R/O Schwab-Ivy FDS INC ASSET STRATEGY(X) | | None | | | Sold | 09/28/11 | L | B | |
| 100. IRA R/O Schwab-Manning&Napier Equity Series Fund | | None | | | Buy (add'l) | 02/04/11 | J | | |
| 101. IRA R/OSchwab -Manning&Napier Equity Series Fund | | None | | | Sold | 09/28/11 | L | B | |
| 102. IRA R/O Schwab- Matthews Asian Funds Asian Growth & Inc | A | Dividend | | | Buy (add'l) | 01/21/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA R/O Schwab-Matthews Asian Funds Asian Growth & Inc | | None | | | Sold | 12/06/11 | K | B | |
| 104. IRA R/O Schwab- Nuveen INVT | | None | | | Sold | 06/01/11 | K | A | |
| 105. IRA R/O Schwab- Parnassus FD | | None | | | Sold (part) | 06/01/11 | K | | |
| 106. IRA R/O Schwab-Parnassus FD(X) | | None | | | Sold | 08/08/11 | K | | |
| 107. IRA R/O Schwab-Perkins Mid Cap Value FD | | None | | | Sold (part) | 06/01/11 | K | C | |
| 108. IRA R/O Schwab-Perkins Mid Cap Value FD | | None | | | Sold (part) | 09/28/11 | K | | |
| 109. IRA R/O Schwab-Pimco ALL ASSET ALL AUTHORITY | C | Dividend | | | Sold (part) | 04/12/11 | K | | |
| 110. IRA R/O Schwab- Pimco ALL ASSET ALL AUTHORITY | | None | | | Sold (part) | 06/01/11 | J | A | |
| 111. IRA R/O Schwab-Putnam Voyager FD Inc(X) | | None | | | Buy | 02/04/11 | L | | |
| 112. IRA R/O Schwab-Putnam Voyager FD Inc(X) | | None | | | Sold | 06/01/11 | K | | |
| 113. IRA R/O Schwab- Ridgeworth Seix Floating Rate(X) | B | Dividend | | | Buy (add'l) | 01/21/11 | L | | |
| 114. IRA R/O Schwab- Ridgeworth Seix Floating Rate(X) | | None | | | Sold | 06/01/11 | L | | |
| 115. IRA R/O Schwab-Schwab Cap TR S&P 500 Select shares(X) | C | Dividend | L | T | Buy | 03/28/11 | L | | |
| 116. IRA R/O Schwab- T Rowe Price Capital Appreciation FD | | None | | | Buy (add'l) | 03/28/11 | J | | |
| 117. IRA R/O Schwab- T Rowe Price Capital Appreciation FD | | None | | | Sold | 09/28/11 | L | C | |
| 118. IRA R/O Schwab- Templeton Income(X) | | None | | | Buy (add'l) | 01/21/11 | L | | |
| 119. IRA R/O Schwab- Templeton Income(X) | C | Dividend | | | Buy (add'l) | 02/04/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  IRA R/O Schwab- Templeton Income (X) | | None | | | Sold | 06/01/11 | L | B | |
| 121.  IRA R/O Schwab- Thornburg INVT (X) | B | Dividend | | | Buy | 02/04/11 | L | | |
| 122.  IRA R/O Schwab- Thornburg INVT (X) | | None | | | Sold (part) | 04/13/11 | K | A | |
| 123.  IRA R/O Schwab- Thornburg INVT (X) | | None | | | Sold | 09/28/11 | K | A | |
| 124.  IRA R/O Schwab- Wasatch 1st Source Long/Short Fund(X) | A | Dividend | | | Buy (add'l) | 01/21/11 | L | | |
| 125.  IRA R/O Schwab- Wasatch 1st Source Long/Short Fund(X) | | None | | | Buy (add'l) | 03/28/11 | J | | |
| 126.  IRA R/O Schwab- Wasatch 1st Source Long/Short Fund(X) | | None | | | Sold (part) | 04/13/11 | L | C | |
| 127.  IRA R/O Schwab- Wasatch 1st Source Long/Short Fund(X) | | None | | | Sold | 09/28/11 | K | A | |
| 128.  IRA R/O Schwab- Westcore Select Fund | | None | | | Buy (add'l) | 02/04/11 | J | | |
| 129.  IRA R/O Schwab- Westcore Select Fund | | None | | | Sold | 09/28/11 | L | D | |
| 130.  IRA R/O Hamlin-Abbott Labs(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 131.  IRA R/O Hamlin- Abbott Labs(X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 132.  IRA R/O Hamlin- Alliance Resource Partners(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 133.  IRA R/O Hamlin- Alliance Resource Partners(X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 134.  IRA R/O Hamlin-AT&T(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 135.  IRA R/O Hamlin- Baytex Energy Trust(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 136.  IRA R/O Hamlin-Bristol-Meyers Squibb Co(X) | A | Dividend | J | T | Buy | 06/0311 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA R/O Hamlin-Bristol-Meyers Squibb Co(X) | | None | | | Sold (part) | 09/27/11 | J | B | |
| 138. IRA R/O Hamlin- Canadian Oil Sands(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 139. IRA R/O Hamlin-Chevron Corp(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 140. IRA R/O Hamlin- Chevron Corp(X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 141. IRA R/O Hamlin-Cinemark Holdings Inc(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 142. IRA R/O Hamlin- Cinemark Holdings Inc(X) | A | Dividend | J | T | Buy (add'l) | 06/09/11 | J | | |
| 143. IRA R/O Hamlin- Cinn Financial Corp(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 144. IRA R/O Hamlin-Conagra(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 145. IRA R/O Hamlin- Conocophillips(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 146. IRA R/O Hamlin-Douglas Dynamics Inc(X) | A | Dividend | | | Buy | 06/03/11 | J | | |
| 147. IRA R/O Hamlin-Douglas Dynamics Inc(X) | | None | | | Sold | 10/31/11 | J | | |
| 148. IRA R/O Hamlin- E I Du Pont De Nemours & Co(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 149. IRA R/O Hamlin-Enbridge Energy Partners(X) | A | Dividend | J | T | Buy | 06/0311 | J | | |
| 150. IRA R/O Hamlin- Enbridge Energy Partners (X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 151. IRA R/O Hamlin- Enduro Royalty Trust (X) | A | Dividend | J | T | Buy | 11/03/11 | J | | |
| 152. IRA R/O Hamlin-Enerplus Res FD TR(X) | A | Dividend | | | Buy | 06/03/11 | J | | |
| 153. IRA R/O Hamlin-Enerplus Res FD TR(X) | | None | | | Sold | 12/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. IRA R/O Hamlin-Federated Investors Inc(X) | A | Dividend | J | T | Buy | 06/10/11 | J | | |
| 155. IRA R/O Hamlin- Federated Investors Inc(X) | A | Dividend | J | T | Buy (add'l) | 06/24/11 | J | | |
| 156. IRA R/O Hamlin-FNB Corp Com(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 157. IRA R/O Hamlin- FNB Corp Com(X) | A | Dividend | J | T | Buy (add'l) | 06/09/11 | J | | |
| 158. IRA R/O Hamlin-Freeport Mcmoran Copper & Gold(X) | | None | J | T | Buy | 11/01/11 | J | | |
| 159. IRA R/O Hamlin- Freeport Mcmorman Copper & Gold (X) | | None | J | T | Buy (add'l) | 11/09/11 | J | | |
| 160. IRA R/O Hamlin-Gallagher Arthur J & Co(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 161. IRA R/O Hamlin- Gallagher Arthur J & Co(X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 162. IRA R/O Hamlin- Gallagher Arthur J & Co(X) | A | Dividend | J | T | Buy (add'l) | 07/27/11 | J | | |
| 163. IRA R/O Hamlin-Genuine Parts Co(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 164. IRA R/O Hamlin-Heinz H J Co(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 165. IRA R/O Hamlin- Heinz H J Co(X) | A | Dividend | J | T | Buy (add'l) | 08/05/11 | J | | |
| 166. IRA R/O Hamlin-Hospitality Prop Trust(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 167. IRA R/O Hamlin- INTEL Corp(X) | A | Dividend | J | T | Buy | 08/11/11 | J | | |
| 168. IRA R/O Hamlin-Kimberly Clark(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 169. IRA R/O Hamlin- Kimberely Clark (X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 170. IRA R/O Hamlin-Kimberly Clark(X) | | None | J | T | Sold (part) | 08/16/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IRA R/O Hamlin-Leggett & Platt Inc(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 172. IRA R/O Hamlin- Leggett & PLatt Inc (X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 173. IRA R/O Hamlin-Lockheed Martin Corp(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 174. IRA R/O Hamlin- Lockheed Martin Corp(X) | A | Dividend | J | T | Buy (add'l) | 10/05/11 | J | | |
| 175. IRA R/O Hamlin-Merck &Co(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 176. IRA R/O Hamlin-Meredith Corp(X) | A | Dividend | J | T | Buy | 11/02/11 | J | | |
| 177. IRA R/O Hamlin-Meredith Corp(X) | A | Dividend | J | T | Buy (add'l) | 11/09/11 | J | | |
| 178. IRA R/O Hamlin-National Cinmedia(X) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 179. IRA R/O Hamlin- National Cinemedia(X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 180. IRA R/O Hamlin- National Cinemedia(X) | A | Dividend | J | T | Buy (add'l) | 06/15/11 | J | | |
| 181. IRA R/O Hamlin-Nucor Corp(X) | A | Dividend | J | T | Buy | 08/26/11 | J | | |
| 182. IRA R/O Hamlin- Nucor Corp(X) | A | Dividend | J | T | Buy (add'l) | 09/27/11 | J | | |
| 183. IRA R/O Hamlin- Nucor Corp(X) | A | Dividend | J | T | Buy (add'l) | 10/05/11 | J | | |
| 184. IRA R/O Hamlin-Penn VA RES Partners(X) | | None | J | T | Buy | 12/05/11 | J | | |
| 185. IRA R/O Hamlin- RR Donnelley Sons(X) | A | Dividend | | | Buy | 06/03/11 | J | | |
| 186. IRA R/O Hamlin-RR Donnelley Sons(X) | | None | | | Sold | 11/01/11 | J | | |
| 187. IRA R/O Hamlin-Rayonier INC REIT(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. IRA R/O Hamlin- RPM INTL Inc(X) | A | Dividend | J | T | Buy | 07/29/11 | J | | |
| 189. IRA R/O Hamlin- RPM INTL Inc(X) | A | Dividend | J | T | Buy (add'l) | 08/11/11 | J | | |
| 190. IRA R/O Hamlin-Sunoco Logistics Partners(X) | A | Dividend | | | Buy | 06/03/11 | J | | |
| 191. IRA R/O Hamlin-Sunoco Logistics Partners(X) | | None | | | Sold | 10/31/11 | J | A | |
| 192. IRA R/O Hamlin-Sunoco Products Co(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 193. IRA R/O Hamlin-Sysco(X) | A | Dividend | | | Buy | 06/03/11 | J | | |
| 194. IRA R/O Hamlin- Sysco(X) | | None | | | Buy (add'l) | 07/08/11 | J | | |
| 195. IRA R/O Hamlin-Sysco(X) | | None | | | Sold (part) | 08/16/11 | J | | |
| 196. IRA R/O Hamlin-Sysco(X) | | None | | | Sold | 10/07/11 | J | | |
| 197. IRA R/O Hamlin- Telefonicas Sponsored ADR(X) | | None | | | Buy | 06/03/11 | J | | |
| 198. IRA R/O Hamlin- Telefonicas Sponsored ADR(X) | | None | | | Sold (part) | 08/16/11 | J | | |
| 199. IRA R/O Hamlin-Telefonicas Sponsored ADR(X) | | None | | | Sold | 08/25/11 | J | | |
| 200. IRA R/O Hamlin- Unilever PLC(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 201. IRA R/O Hamlin-Unilever PLC(X) | A | Dividend | J | T | Buy (add'l) | 07/08/11 | J | | |
| 202. IRA R/O Hamlin-Valley National Bancorp(X) | A | Dividend | J | T | Buy | 06/03/11 | J | | |
| 203. IRA R/O Hamlin- Valley National Bancorp(X) | A | Dividend | J | T | Buy (add'l) | 06/08/11 | J | | |
| 204. IRA R/O Schwab 2- BBH FD Inc(X) | A | Dividend | K | T | Buy | 06/15/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. IRA R/O Schwab 2-Blackrock Global Allocation(X) | A | Dividend | | | Sold | 09/29/11 | K | A | |
| 206. IRA R/O Schwab 2-Driehaus Mutual FDS(X) | B | Dividend | K | T | Sold (part) | 06/02/11 | J | A | |
| 207. IRA R/O Schwab 2-Fairholme Fund | | None | | | Sold (part) | 03/28/11 | K | | |
| 208. IRA R/O Schwab 2-Fairholme Fund | | None | | | Sold (part) | 06/02/11 | K | | |
| 209. IRA R/O Schwab 2-Fairholme Fund | | None | | | Sold | 06/16/11 | K | | |
| 210. IRA R/O Schwab 2-Fidelity Floating Rate High Income | B | Dividend | J | T | Sold (part) | 06/02/11 | L | B | |
| 211. IRA R/O Schwab 2-Greenhaven cont INX FD(X) | | None | K | T | Buy | 01/21/11 | K | | |
| 212. IRA R/O Schwab 2-Greenhaven cont INX FD(X) | | None | K | T | Sold (part) | 04/18/11 | K | | |
| 213. IRA R/O Schwab 2-Greenspring FD Inc(X) | B | Dividend | K | T | Sold (part) | 06/02/11 | K | | |
| 214. IRA R/O Schwab 2-Harding Loevner Emerging Mkt Fund | | None | | | Sold (part) | 06/02/11 | K | | |
| 215. IRA R/O Schwab 2-Harding Loevner Emerging Mkt Fund | | None | | | Sold | 11/17/11 | K | A | |
| 216. IRA R/O Schwab 2-ISHARES Barclays Tips Bond FD | A | Dividend | | | Sold | 06/06/11 | J | A | |
| 217. IRA R/O Schwab 2-ISHARES TR Lehman AGG Bnd(X) | B | Dividend | L | T | Buy | 09/28/11 | L | | |
| 218. IRA R/O Schwab 2-Ivy FDS Inc(X) | | None | | | Buy | 01/21/11 | K | | |
| 219. IRA R/O Schwab 2-Ivy FDS Inc(X) | | None | | | Sold (part) | 06/02/11 | K | A | |
| 220. IRA R/O Schwab 2-Ivy FDS Inc(X) | | None | | | Sold | 09/29/11 | K | A | |
| 221. IRA R/O Schwab 2- Manning & Napier Equity Series Fund | | None | K | T | Sold (part) | 06/02/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. IRA R/O Schwab 2-Manning & Napier Equity Series Fund | | None | | | Sold | 09/29/11 | L | | |
| 223. IRA R/O Schwab 2- Matthews Asian Funds | A | Dividend | | | Sold (part) | 06/02/11 | J | | |
| 224. IRA R/O Schwab 2- Matthews Asian Funds | | None | | | Sold | 12/07/11 | J | | |
| 225. IRA R/O Schwab 2-Nuveen INT TR(X) | | None | | | Sold | 06/02/11 | K | B | |
| 226. IRA R/O Schwab 2-Parnassus FD | | None | | | Sold (part) | 06/02/11 | K | A | |
| 227. IRA R/O Schwab 2-Parnassus FD | | None | | | Sold | 08/09/11 | K | A | |
| 228. IRA R/O Schwab 2-Perkins Mid Cap Value | | None | | | Buy | 04/18/11 | K | | |
| 229. IRA R/O Schwab 2-Perkins Mid Cap Value | | None | | | Sold (part) | 06/02/11 | K | A | |
| 230. IRA R/O Schwab 2-Perkins Mid Cap Value | | None | | | Sold | 09/29/11 | K | A | |
| 231. IRA R/O Schwab 2-PIMCO ALL ASSET/ AUTHORITY Fund | B | Dividend | J | T | Buy (add'l) | 03/17/11 | K | | |
| 232. IRA R/O Schwab 2-PIMCO ALL ASSET/ AUTHORITY I | | None | J | T | Sold (part) | 06/02/11 | J | A | |
| 233. IRA R/O Schwab 2- Polen Growth(X) | A | Dividend | K | T | Buy (add'l) | 08/08/11 | K | | |
| 234. IRA R/O Schwab 2-Putnam Voyager FD(X) | | None | | | Sold | 06/02/11 | K | | |
| 235. IRA R/O Schwab 2-Ridgeworth Seix Floating Rate | B | Dividend | | | Sold | 06/02/11 | L | | |
| 236. IRA R/O Schwab 2-Royce Low Priced | | None | | | Sold | 06/02/11 | J | A | |
| 237. IRA R/O Schwab 2-Schwab Cap TR S&P 500 Invs Select(X) | C | Dividend | M | T | Buy (add'l) | 09/28/11 | M | | |
| 238. IRA R/O Schwab 2-Schwab Cap TR S&P 500 Invs Select(X) | | None | M | T | Sold (part) | 06/02/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. IRA R/O Schwab 2- Steelpath MLP | B | Dividend | J | T | | | | | |
| 240. IRA R/O Schwab 2- T Rowe Price Capital Apprecition | | None | | | Sold (part) | 06/02/11 | J | B | |
| 241. IRA R/O Schwab 2- T Rowe Price Capital Apprecition | | None | | | Sold | 09/29/11 | J | A | |
| 242. IRA R/O Schwab 2-Templeton Income | C | Dividend | K | T | Sold (part) | 06/02/11 | K | A | |
| 243. IRA R/O Schwab 2-Thornburg INVT(X) | A | Dividend | | | Buy (add'l) | 05/09/11 | J | | |
| 244. IRA R/O Schwab 2-Thornburg INVT(X) | | None | | | Sold (part) | 06/02/11 | K | A | |
| 245. IRA R/O Schwab 2-Thornburg INVT(X) | | None | | | Sold | 09/29/11 | K | | |
| 246. IRA R/O Schwab 2-Vanguard Total INTL(X) | B | Dividend | K | T | Buy (add'l) | 11/16/11 | K | | |
| 247. IRA R/O Schwab 2-Vanguard Total INTL(X) | B | Dividend | K | T | Buy (add'l) | 12/06/11 | K | | |
| 248. IRA R/O Schwab 2-Wasatch 1st Source Long/Short Fund | A | Dividend | | | Sold (part) | 06/02/11 | L | | |
| 249. IRA R/O Schwab 2-Wasatch 1st Source Long/Short Fund | | None | | | Sold | 09/29/11 | L | | |
| 250. IRA R/O Schwab 2-Westcore Select Fund(X) | A | Dividend | | | Sold (part) | 06/02/11 | K | A | |
| 251. IRA R/O Schwab 2-Westcore Select Fund(X) | | None | | | Sold | 09/29/11 | K | B | |
| 252. SRZ Retirement Savings- Oakmark Equity | A | Dividend | | | Sold | 06/14/11 | J | | |
| 253. ▨ Standish Schwab-Citizens PPTY Ins Corp(X) | A | Interest | K | T | Buy | 06/30/11 | K | | |
| 254. ▨ Standish Schwab-Detriot Mich City Sch Dist(X) | B | Interest | K | T | Buy | 07/13/11 | K | | |
| 255. ▨ Standish Schwab-E 470 Pub HWY Auth(X) | A | Interest | K | T | Buy | 06/23/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.   Standish Schwab-Houston Tex Hotel Occupancy(X) | | None | K | T | Buy | 07/20/11 | K | | |
| 257.   Standish Schwab-Louisiana HSG FIN AGY MTG(X) | A | Interest | | | Sold | 07/07/11 | K | | |
| 258.   Standish Schwab-Metropolitan Transn Auth(X) | A | Interest | K | T | Buy | 07/14/11 | K | | |
| 259.   Standish Schwab-Michigan St BLDG Auth(X) | A | Interest | K | T | Buy | 07/12/11 | K | | |
| 260.   Standish Schwab-Michiagn St HSG Auth Renta(X) | A | Interest | | | Sold | 06/30/11 | K | | |
| 261.   Standish Schwab-New York NY City Indl(X) | B | Interest | K | T | Buy | 07/18/11 | K | | |
| 262.   Standish Schwab- New York NY City Mun WTR(X) | A | Interest | | | Sold | 06/30/11 | K | B | |
| 263.   Standish Schwab-New York NY City TR Cultural(X) | | None | K | T | Buy | 07/13/11 | K | | |
| 264.   Standish Schwab-New York St Dorm Auth Revs 4.9%(X) | B | Interest | | | Sold | 06/30/11 | K | | |
| 265.   Standish Schwab-New York St Dorm Auth Revs5%(X) | A | Interest | K | T | Buy | 06/17/11 | K | | |
| 266.   Standish Schwab-New York St Dorm Auth Revs 5.2%(X) | B | Interest | | | Sold | 06/30/11 | L | A | |
| 267.   Standish Schwab-New York Dorm Auth Revs Non 4.75%(X) | A | Interest | | | Sold | 06/30/11 | K | B | |
| 268.   Standish Schwab-New York St Energy Resh&Dev(X) | A | Interest | | | Sold | 06/30/11 | K | A | |
| 269.   Standish Schwab-New York St MTG AGY Rev(X) | A | Interest | | | Sold | 07/22/11 | K | | |
| 270.   Standish Schwab- North Dakota St HSG(X) | B | Interest | | | Sold | 07/20/11 | K | A | |
| 271.   Standish Schwab-Palm Beach Cnty FLA Health(X) | B | Interest | K | T | Buy | 07/21/11 | K | | |
| 272.   Standish Schwab- Port Auth NY & NJ(X) | B | Interest | | | Sold | 06/30/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Standish Schwab-Teton CNTY Hosp(X) | A | Interest | K | T | Buy | 07/01/11 | K | | |
| 274. Standish Schwab- University ILL (X) | A | Interest | K | T | Buy | 06/24/11 | K | | |
| 275. Standish Schwab-Washington St HSG Fin(X) | A | Interest | | | Sold | 06/30/11 | K | | |
| 276. Schwab-Baron Asset(X) | D | Dividend | L | T | Buy | 04/08/11 | L | | |
| 277. Schwab- Calamos Inv tr New MKT Neutral(X) | | None | | | Sold | 06/07/11 | K | B | |
| 278. Schwab-Janus Balanced Fund(X) | A | Dividend | | | Sold | 06/07/11 | L | D | |
| 279. Schwab-Oakmark Equity & Income FD(X) | A | Dividend | | | Sold | 06/07/11 | L | D | |
| 280. Schwab-First Eagle Global Fund(X) | | None | | | Sold | 06/07/11 | K | C | |
| 281. Schwab-Lousiana FIN AGY MTG (X) | A | Interest | | | Sold | 06/17/11 | K | A | |
| 282. Schwab- Mich ST HSG(X) | A | Interest | | | Sold | 06/17/11 | K | A | |
| 283. Schwab-New York NY City MUN WTR FIN(X) | A | Interest | | | Sold | 06/17/11 | K | A | |
| 284. Schwab- New York ST Dorm Auth 4.9%(X) | A | Interest | | | Sold | 06/17/11 | K | A | |
| 285. Schwab- New York ST Dorm Auth 5%(X) | A | Interest | K | T | Sold (part) | 06/17/11 | K | A | |
| 286. Schwab- New York ST Dorm Auth 5.2%(X) | B | Interest | | | Sold | 06/17/11 | K | A | |
| 287. Schwab- New York ST Dorm Auth 4.75%(X) | A | Interest | | | Sold | 06/17/11 | K | A | |
| 288. Schwab- New York Energy 5.3%(X) | A | Interest | | | Sold | 06/17/11 | K | A | |
| 289. Schwab- New York St MTG AGY 4.8%(X) | A | Interest | | | Sold | 06/17/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. ▨ Schwab- North Dakota ST HSG(X) | B | Interest | | | Sold | 06/17/11 | K | A | |
| 291. ▨ Schwab-Port Auth NY&NJ(X) | B | Interest | | | Sold | 06/17/11 | K | A | |
| 292. ▨ Schwab-Washington ST HSG FIN(X) | A | Interest | | | Sold | 06/17/11 | K | A | |
| 293. ▨ Corby Schwab- Alps ETF TR Alerian MLP(X) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 294. ▨ Corby Schwab- Annaly Capital Mgmt Inc(X) | A | Dividend | | | Buy | 06/17/11 | J | | |
| 295. ▨ Corby Schwab- Annaly Capital Mgmt Inc(X) | | None | | | Sold | 09/23/11 | J | | |
| 296. ▨ Corby Schwab-Astellas Pharma Inc(X) | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 297. ▨ Corby Schwab-Baytex Energy Trust(X) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 298. ▨ Corby Schwab-Canadian Oil Sands(X) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 299. ▨ Corby Schwab-Capstone Infrastructure Corp(X) | A | Dividend | J | T | Buy | 06/08/11 | J | | |
| 300. ▨ Corby Schwab-Cellcom Israel LTD(X) | A | Dividend | | | Buy | 06/07/11 | J | | |
| 301. ▨ Corby Schwab-Cellcom Israel LTD(X) | | None | | | Sold | 12/01/11 | J | | |
| 302. ▨ Corby Schwab-Doubleline Total return Bond(X) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 303. ▨ Corby Schwab-Duet Group Stapled Secure(X) | | None | J | T | Buy | 09/21/11 | J | | |
| 304. ▨ Corby Schwab-DWS Portfolio TR FLT RT Plus S(X) | A | Dividend | | | Buy | 06/07/11 | J | | |
| 305. ▨ Corby Schwab-DWS Portfolio TR FLT RT Plus S(X) | | None | | | Sold | 08/11/11 | J | | |
| 306. ▨ Corby Schwab-Eaton Vance Floating Rate(X) | | None | | | Buy | 06/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Corby Schwab-Eaton Vance Floating Rate(X) | | None | | | Sold | 08/11/11 | J | | |
| 308. Corby Schwab-Enerplus RES FD TR(X) | A | Dividend | | | Buy | 07/21/11 | J | | |
| 309. Corby Schwab-Enerplus RES FD TR(X) | | None | | | Sold | 12/27/11 | J | | |
| 310. Corby Schwab-Enerverst Diversified Income(X) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 311. Corby Schwab-Enerverst Diversified Income(X) | | None | J | T | Sold (part) | 09/12/11 | J | | |
| 312. Corby Schwab-First Eagle FDS Inc Gold(X) | A | Dividend | J | T | Buy | 10/03/11 | J | | |
| 313. Corby Schwab-First Trust Aberdeen GLBL(X) | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 314. Corby Schwab-Gamco Global Gold Natrual Resource(X) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 315. Corby Schwab-H&Q Healthcare Investors(X) | A | Dividend | J | T | Buy | 06/20/11 | J | | |
| 316. Corby Schwab-Hugoton Royalty Trust Units(X) | A | Dividend | J | T | Buy | 06/20/11 | J | | |
| 317. Corby Schwab-Israel Chemicals LTD SHS(X) | A | Dividend | J | T | Buy | 06/16/11 | J | | |
| 318. Corby Schwab-Marine Harvest(X) | | None | | | Buy | 06/17/11 | J | | |
| 319. Corby Schwab-Marine Harvest(X) | | None | | | Sold | 10/07/11 | J | | |
| 320. Corby Schwab-Morgan Stanley Emerg MKTS(X) | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 321. Corby Schwab-Pargesea HLDG (X) | | None | | | Buy | 07/15/11 | J | | |
| 322. Corby Schwab-Pargesa HLDG(X) | | None | | | Sold | 08/11/11 | J | | |
| 323. Corby Schwab-Pembina Pipeline Corp(X) | A | Dividend | J | T | Buy | 08/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ▨ Corby Schwab-Peyto Exploration&Development(X) | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 325. ▨ Corby Schwab-Rayonier Inc(X) | A | Dividend | J | T | Buy | 08/08/11 | J | | |
| 326. ▨ Corby Schwab-Rayonier Inc(X) | | None | J | T | Sold (part) | 09/02/11 | J | A | |
| 327. ▨ Corby Schwab-Redwood Trust(X) | A | Dividend | | | Buy | 06/07/11 | J | | |
| 328. ▨ Corby Schwab-Redwood Trust(X) | | None | | | Sold (part) | 12/09/11 | J | | |
| 329. ▨ Corby Schwab-Redwood Trust(X) | | None | | | Sold | 12/12/11 | J | | |
| 330. ▨ Corby Schwab-San Juan Royalty Trust(X) | A | Dividend | J | T | Buy | 06/20/11 | J | | |
| 331. ▨ Corby Schwab-Southern Copper Corp(X) | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 332. ▨ Corby Schwab-Sydney Airport(X) | B | Dividend | J | T | Buy | 06/16/11 | J | | |
| 333. ▨ IRA Contributoy Schwab- American Beacon LC Value(X) | | None | | | Sold | 05/20/11 | J | A | |
| 334. ▨ IRA Contributry Schwab- American Century Value Inv(X) | | None | | | Sold | 05/20/11 | J | A | |
| 335. ▨ IRA Contributry Schwab- American Century MUT FDS (X) | | None | | | Sold | 05/20/11 | J | A | |
| 336. ▨ IRA Contributory Schwab- Columbia Acorn USA(X) | | None | | | Sold | 05/20/11 | J | A | |
| 337. ▨ IRA Contributory Schwab- Davis New York Venture(X) | | None | | | Sold | 05/20/11 | J | A | |
| 338. ▨ IRA Contributry Schwab- Driehaus Mut Funds Active (X) | A | Dividend | J | T | Buy | 05/19/11 | J | | |
| 339. ▨ IRA Contributory Schwab- Eaton Vance Large Cap(X) | | None | | | Sold | 05/20/11 | J | A | |
| 340. ▨ IRA Contributry Schwab- Excelsior Large Cap Growth(X) | | None | | | Sold | 05/20/11 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. ▦ IRA Contributory Schwab- First Amern Invt FDS (X) | | None | | | Sold | 05/20/11 | J | A | |
| 342. ▦ IRA Contributory Schwab- FMI FDS Inc Large Cap(X) | | None | | | Buy | 05/19/11 | J | | |
| 343. ▦ IRA Contributory Schwab- FMI FDS Inc Large Cap(X) | | None | | | Sold | 09/28/11 | J | | |
| 344. ▦ IRA Contributory Schwab- Harbor FD INTL(X) | | None | | | Sold | 05/20/11 | J | A | |
| 345. ▦ IRA Contributory Schwab- Henderson Global FDS INTL(X) | | None | | | Sold | 05/20/11 | J | A | |
| 346. ▦ IRA Contributory Schwab- IShares TR Lehman AGG Bnd(X) | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 347. ▦ IRA Contributory Schwab- John Hancock FDS(X) | | None | | | Sold | 05/20/11 | J | A | |
| 348. ▦ IRA Contributory Schwab- Julius Baer INTL(X) | | None | | | Sold | 05/20/11 | J | B | |
| 349. ▦ IRA Contributry Schwab- Loomis Sayles Small Cap FD(X) | | None | | | Sold | 05/20/11 | J | A | |
| 350. ▦ IRA Contribry Schwab- Manning & Napier World Opp. (X) | | None | | | Sold | 05/20/11 | J | | |
| 351. ▦ IRA Contributory Schwab- Matthews Asia Dividend FD(X) | A | Dividend | J | T | Buy | 05/19/11 | J | | |
| 352. ▦ IRA Contributory Schwab- Northern FDS SM Cap Value(X) | | None | | | Sold | 05/20/11 | J | A | |
| 353. ▦ IRA Contributory Schwab- Oakmark INTL Small Cap(X) | | None | | | Sold | 05/20/11 | J | A | |
| 354. ▦ IRA Contributory Schwab- RS Emerging Markets Fund(X) | | None | | | Sold | 5/20/11 | J | A | |
| 355. ▦ IRA Contrbry Schwab- Schwab Cap TR S&P 500 Invs Sel(X | A | Dividend | K | T | Buy | 09/27/11 | K | | |
| 356. ▦ IRA Contribry Schwab- T Rowe Price Cap Apprn(X) | | None | | | Sold | 09/28/11 | J | | |
| 357. ▦ IRA Contribry Schwab- Thornburg Inves Inc Build(X) | A | Dividend | | | Sold | 09/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peck,, James M. | 09/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. ▮ IRA Contributory Schwab- Thornburg Invt TR Value FD(X) | A | Dividend | | | Sold | 05/20/11 | J | | |
| 359. ▮ IRA Contribry Schwab- Wasatch 1st Source Long/Short(X | A | Dividend | | | Buy | 05/19/11 | J | | |
| 360. ▮ IRA Contribry Schwab- Wasatch 1st Source Long/Short(X | | None | | | Sold | 09/28/11 | J | | |
| 361. ▮ IRA Contributory Schwab- Westcore Select Fund(X) | | None | | | Buy | 05/19/11 | J | | |
| 362. ▮ IRA Contributory Schwab- Westcore Select Fund(X) | | None | | | Sold | 09/28/11 | J | | |
| 363. ▮ IRA Contributory Schwab2- Fidelity Fifty(X) | A | Dividend | J | T | Sold (part) | 09/28/11 | J | B | |
| 364. ▮ IRA Contribtry Schwab2- IShares TR Lehman AGG BND(X) | A | Dividend | J | T | Buy | 09/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

This year's report provides information regarding a number of new investments listed in Part VII. These disclosures reflect (i) sales and purchases recommended by an independent financial advisor and two newly engaged asset managers, (ii) the investment of certain proceeds realized from the sale in 2011 of residential real estate and (iii) the inclusion of additional financial assets held by _____ as a consequence of _____ that occurred during calendar year 2011. Please also note for purposes of Part VII that investments in the Schulte Roth & Zabel LLP Group Trust (line 4) are managed by an advisory committee. In 2011, the SRZ Group Trust invested in thirty-three separate and independently managed hedge funds selected in the sole discretion of this committee. These thirty-three funds are managed by twenty-seven individual fund managers. With the exception of individuals who serve on the advisory committee, current and former partners of the firm do not know the identity of any of these hedge funds and have no control over the selection of an individual fund or the decision to transfer investments from one fund to another. The fund selections are changed from time to time based on performance. I have no knowledge regarding the names of any of these hedge funds, and so this information is not set forth in the report. A similar explanation regarding the SRZ Group Trust appeared in my initial disclosure report and in reports for the years ended 12/31/06, 12/31/07, 12/31/08, 12/31/09 and 12/31/10.

The following statements are responsive to requests for clarification made in a letter from the Committee on Financial Disclosure dated September 11, 2012: The reference to "Chase Money Market Acct-_____" on page 5, line 3 has been amended to include a parenthetical "(X)" to show that this asset was added to this year's report as a result of _____ mentioned above. The reference on page 19, line 252, to "SRZ Retirement Savings - Oakmark Equity" did appear in the disclosure report for 2010 (the "2010 Report") with slightly different wording, and the reference relates back to page 5, line 5 of that report. Part VII, page 6, line 19 of the 2010 Report references "Citifunds NY State Tax Free Fund," but that item is no longer an asset as a result _____. As a result of reviewing the listing at page 6, line 28 of the 2010 Report that refers to "Hancock Policy - Tremont Oppty Fund III," I have found that the Tremont Oppty Fund III ("Tremont Fund") was not an investment under the Hancock Policy but was held under the NY Life Policy identified at line page 6, line 29. As indicated on page 5, line 2 of the 2010 Report, the New York Life Polcy was surrendered on February 17, 2010. Consequently, Tremont Fund is not a reportable asset and was not included as an investment for calendar year 2011. However, Tremont Fund does have pending claims in the liquidation of Bernard L. Madoff Investment Securities LLC ("Madoff"). These claims relate to a reduction in the net asset value of Tremont Fund due to its investments with Madoff, and future distributions attributable to this former investment are possible. The 2010 Report also listed "2d Brokerage Acct - JPMorgan Market Neutral Fund" on page 7, line 46. I have determined that another transaction occurred during the reporting period of the 2010 Report that should have been listed in that earlier report; JPMorgan Market Neutral Fund was sold on 07/14/1 and so is not a reportable item for this year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James M. Peck,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544